**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Steve**<br>First name<br><br>_____<br>Middle name<br><br>**Trover**<br>Last name and Suffix (Sr., Jr., II, III) | **Holly**<br>First name<br><br>_____<br>Middle name<br><br>**Trover**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7420 | xxx-xx-6576 |

Debtor 1  **Steve Trover**
Debtor 2  **Holly Trover**                                                             Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **1106 Celebration Ave.**<br>**Kissimmee, FL 34747**<br>Number, Street, City, State & ZIP Code<br><br>**Osceola**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1   **Steve Trover**
Debtor 2   **Holly Trover**                                             Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | Relationship to you | |
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Steve Trover**
Debtor 2  **Holly Trover**                                                    Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1   **Steve Trover**
Debtor 2   **Holly Trover**                                                                                       Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Steve Trover**
Debtor 2 **Holly Trover**                                                                           Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** **How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Steve Trover | /s/ Holly Trover |
| **Steve Trover** | **Holly Trover** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **February 21, 2020** | Executed on **February 21, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Steve Trover**
Debtor 2    **Holly Trover**                                                                                           Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Wade Boyette**                                        Date    **February 21, 2020**
Signature of Attorney for Debtor                                     MM / DD / YYYY

**Wade Boyette 0977111**
Printed name

**Boyette Law Offices, PA**
Firm name

**1635 E. Highway 50, Suite 300**
**Clermont, FL 34711-5036**
Number, Street, City, State & ZIP Code

Contact phone   **352-394-2103**                Email address   **ccrowe@bcnlawfirm.com**

**0977111 FL**
Bar number & State

Official Form 101                  **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 7

```
Steve Trover                                                        CELEBRATION CENTER VIRT M
1106 Celebration Ave.        21200 NE 38TH AVE.            1420 CELEBRATION BLVD.
Kissimmee, FL 34747          APT. 1002                     STE.200
                             Miami, FL 33180               Kissimmee, FL 34747


Holly Trover                 ANUDEEP SIRI DE LANG PARHAR   Chase Card Services
1106 Celebration Ave.        3602 WOODLAND CTR.            Attn: Bankruptcy
Kissimmee, FL 34747          Saint Paul, MN 55123          Po Box 15298
                                                           Wilmington, DE 19850


Wade Boyette                 AUGUSTO FONESECO NETO         Chase Card Services
Boyette Law Offices, PA      322 W. 57TH ST. APT. 46V      Attn: Bankruptcy
1635 E. Highway 50, Suite 300 New York, NY 10019           Po Box 15298
Clermont, FL 34711-5036                                    Wilmington, DE 19850


ALDO &CYRSTAL ADAMO          BARRY CORBETT                 CHRIS AND FRANK VADINO
2016 MARISA CT               2044 DHAHRAN AVE. POB 7700    1001 LOWER LANDING RD
BOX 328                      11 PLUS MAIL CENTER UDHAILLI  STE. 203
BRIGHTS GROVE ON NON 1CO     SAUDI ARAMCO 31331            Blackwood, NJ 08012
CANADA                       SAUDI ARABIA


ALEX AND CAMILLE EDWARDS     BASSNETT HOLDINGS LLC         CHRISTOPHER SULZBACH
2270 GLAZEBROOK CIR.         121 MORRIS BRANCH             FOUR STAR
OAKVILLE ONTARIO L6M 5B5     Cary, NC 27519                POB 8098
CANADA                                                     Blackwood, NJ 08012


ALEX AND jULIANA mALLMAN     BETH GRAFF                    CLASSE ORL VACATION HOME
CIGERZA BF TOWER C           7805 BASNETT CIRCLE           21200 NE 38TH AVE.
LEI SHING PLACE 8            Kissimmee, FL 34747           APT. 1002
BEIJING 100102                                             AVENTURA, FL 33180
CHINA


Ally Financial               BRIDGE COMMERCIAL REAL ESTAT  CNA RECOVERY SERVICES
Attn: Bankruptcy             FIVE CONCOURSE PRKWY          C/O CISCO INC
Po Box 380901                STE. 500                      POB 801088
Bloomington, MN 55438        Atlanta, GA 30329             Houston, TX 77280-1088


AMANDA ALVES DE LIMA         Capital One                   COLIN AND ALLISON BURNS
BAPTISTA DOS SANTOS          Attn: Bankruptcy              C/O MARLEY HUNTER & WINST
322 W. 57TH ST.              Po Box 30285                  6936 W. LINDBURG AVE.
APT. 46 V                    Salt Lake City, UT 84130      STE. 101
New York, NY 10019                                         Tampa, FL 33625


American Credit Acceptance   CARLOS FELCE                  Comenity Bank/Victoria S
Attn: Bankruptcy             FIVE STAR BEARS               Attn: Bankruptcy
961 E Main St                350 PARK AVE. 29TH FLOOR      Pob 182125
Spartanburg, SC 29302        New York, NY 10022            Columbus, OH 43218


AMY KARTCH                   CARLOS SILVA                  Comenity Bkl/Ulta
FERNANDO GARCIA              21200 NE 38TH AVE.            Attn: Bankruptcy Dept
732 DUXBURY LANE             APT. 804                      Po Box 182125
Bartlett, IL 60103           Miami, FL 33180               Columbus, OH 43218
```

| | | |
|---|---|---|
| Comenitycapital/hsn<br>Po Box 182120<br>Columbus, OH 43218 | COSHERD<br>5535 OLD GOODRICH RD.<br>Clarence, NY 14031 | CREDITOR CREDIT<br>C/O SOLOMON GINSBERG & VI<br>POB 3275<br>Tampa, FL 33601 |
| DAN AND ESTELLE ADAMS<br>POB 291<br>Bomoseen, VT 05732 | DR. HARRY SAHL<br>1740 ELIZAA WAY<br>Mechanicsburg, PA 17050 | FORMOSA DEVELOPERS INC<br>FORMOSA DREAM RETREAT<br>C/O JAMES E. SHEPARD ESQ<br>2200 LUCIEN WAY STE 405<br>Maitland, FL 32751 |
| DAN WASHBURN<br>17138 PICKETTS LN RD.<br>Orlando, FL 32820 | EDWARD AND SANDRA FROWLEY<br>10 SMITH MANOR BLVD.<br>APT.814<br>West Orange, NJ 07052 | FOUR STAR INVESTMENT PRO<br>POB 8098<br>Blackwood, NJ 08012 |
| DANIEL AND TERRY MILLER<br>1895 HILL ST.<br>Chittenango, NY 13037 | EDWARD MILLER EDWARDS<br>517 IVY PLACE<br>Atlanta, GA 30342 | GARY & LESLIE PORTER<br>38 LORD AVE<br>CLAYHALL IIFORD<br>LONDON ENGLAND<br>UNITED KINGDOM |
| DANNY SINGER<br>4362 WINDRIDGE CT.<br>West Bloomfield, MI 48323 | ER Phys of Central FL<br>POB 628296<br>Orlando, FL 32862 | GEORGE A. KARAS<br>427 RANALEIGH DRIVE<br>Waxhaw, NC 28173 |
| DAVID AND LESLIE GRIMM<br>8148 GRAFTON END<br>Dublin, OH 43016 | FAN ZHANG<br>7961 MILLBROOK AVE.<br>Point Arena, CA 95468 | GEORGE CHEN<br>FORMOSA DEVELOPERS<br>7830 W. IRLO BRONSON HWY<br>Kissimmee, FL 34747 |
| DAVID HARKINS<br>31400 WINTER PLACE PARKEY<br>STE. 400<br>Salisbury, MD 21804 | FIVE STAR BEARS LLC<br>C/O STEPHEN B. GEBELOFF, ESQ<br>1001 YAMATO RD.<br>STE 302<br>Boca Raton, FL 33431 | GEORGE ROSSI<br>6 BRIDLE LANE<br>Mount Laurel, NJ 08054 |
| DAVINCI ESTATE PROPERTIES LL<br>C/O MARCADIS & SINGER PA<br>5104 S. WESTSHORE BLVD<br>Tampa, FL 33611 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>POB 6668<br>Tallahassee, FL 32314-6668 | GHALI LIVING TRUST<br>MAGOD GHALI<br>5 BENOIT<br>KIRKLAND QUEBEC, H9H5H8<br>CANADA |
| DIANE RUTLAND<br>PENROSE HOUSE<br>PATMORE HEATH<br>ALBURY WARE SG11 2LT<br>UNITED KINGDOM | Florida Dept. of Revenue<br>Bankruptcy Unit<br>POB 6668<br>Tallahassee, FL 32314-6668 | GLEN AND BELINDA MILLER<br>71 NEPEAN HWY<br>ASPEN DALE VICTORIA 3195<br>CANADA |
| DISCOVER FINANCIAAL<br>POB 3025<br>New Albany, OH 43054 | Florida Hospital<br>POB 538800<br>Orlando, FL 32853-8800 | GRANT IRWIN<br>POB 759<br>Captiva, FL 33924 |

GREG HEBERT
105 OAK BLUFF
BRANDON MANITOBA
R7C1A3
CANADA

C/O PEARSON BITTMAN LLP
485 N. KELLER RD. STE. 401
Maitland, FL 32751

SHIRLEY HEAVLI
1140 S.W. HUNTINGTON
Blue Springs, MO 64015

GREGG A. KARAS, TRUSTEE OF
THE KARAS REALTY 401K PSP
C/O MICHELLE L.RIVERA ESQ
2273 LEE RD. STE 200
Winter Park, FL 32789

ISSA HOLDINGS LLC
950 CELEBRATION BLVD.
Kissimmee, FL 34747

JERRY BECK
L&K PROPERTY OF FL
POB 30255 560 SOUTH SOUND
GEORGE TOWN KY1-1202KY
GRAND CAYMAN

GREGORY & JENNINE RHEAUME
110-1510 ELDRIDGE PARKWAY
Houston, TX 77077

ISSA HOMES
950  CELEBRATION BLVD
STE. F
Kissimmee, FL 34747

JIM DOWLING
C/O ASMA & ASMA
884 S. DILLARD.STREET
Winter Garden, FL 34787

H.WARREN JOHNSON
JING S. XU
11423 PINE KNOLL DRIVE
Houston, TX 77099

IVAN INTERNATIONAL LLC
MARCELO
762 SW 18TH AVE.
Miami, FL 33135

JOANNE HENDRICK
JAMES TAKACS
561 CANDORO  RD.
FENWICK ON LOS 1CO
CANADA

HARDING BELL INTERNATIONAL
113 PONTOTOC PLAZA
Auburndale, FL 33823

JAMES AND DAVERENE WATKINS
6101 FAIRLONG RUN
Acworth, GA 30101

JOE ROTHFUS
660 CELEBRATION AVE.
APT. 260
Kissimmee, FL 34747

HUSAIN AND NAFESSA YOUSUF
11 POLLARD RD.
MORDEN LONDON SM4 6EG
UNITED KINGDOM

JAMES F. KILPATRICK
54 JOSEPH DUGGAN RD.
TORONTO ONTARIO M4L3Y2
CANADA

JOEL SCWHARTZ
C/O STEPHEN B. GEBELOFF, E
1001 YAMATO RD.
STE. 302
Boca Raton, FL 33431

IAN CASWELL
3 MONHAMS DR.
WOODFORD GREEN 68OLG
ESSEX

JAMES MCCOMBS
6201 W. 129TH ST.
Palos Heights, IL 60463

JOHN & GWEN NITISUSANTA
10048 BRANDON CIRCLE
Orlando, FL 32826-3714

IDA SINAZZOLA
17335 CARLYLE CT.
Tinley Park, IL 60487

JAMIE AND COLLETTE SAITCH
23 GREAT WHEATLEY RD.
RAYLEIDH ESSEX SS6 7AW
UNITED KINGDOM

JOHN AND ELAINE SOENCER
1904 130A STREET
SURREY BC V4A 8R7
CANADA

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

JASON AND RYAN COLE
2396 W. STATE ROAD 245 W.
West Liberty, OH 43357

JOHN AND HEATHER LONG
5312 PAWNEE LANE
Mission, KS 66205-2735

ISLES OF LAKE HANCOCK HOA
C/O ASSOC. SOLLUTIONS
811 MABBETTE ST.
Kissimmee, FL 34747

JAYA AND KALYANNAL SINGHAL
11317 RIDERMARK ROW
Columbia, MD 21044

JOHN ROACH
139 MICHIGAN CIRCLE
BOCA RATON, FL 33457

| | | |
|---|---|---|
| JOHN SILVA & TIFFANY VHRONIANSKI<br>137 MEVARAIS DRIVE<br>Charlotte, NC 28211 | JOSHUA AND HEATHER HOLCOMB<br>513 TEAL DR.<br>Chatham, IL 62629 | MICHAEL AND STEPHANIE HAN<br>2 STATION RD.<br>MOORTOWN LINCOLNSHIRE LN<br>UNITED KINGDOM |
| JONATHAN AND SAMANTHA WALKER<br>HIGHFIELD<br>MIDDLE WARBERRY RD.<br>TORQUAY YQ1 1RS<br>UNITED KINGDOM | Labcorp<br>POB 2240<br>Burlington, NC 27216-2240 | MOANA SCHIAVO<br>RIO VERDE INCESTMENTS<br>7901 KINGSPOINTE PKWY<br>STE. 10<br>Orlando, FL 32819-6523 |
| JOSEPH & ANGELA NORRIS<br>JUDD HOLMES JUDD HOLME LN<br>CHIPPLING PRESTON PR3 2TH | LAWRENCE HAWKINS<br>88 THE VILLAS<br>TRINCITY<br>TRINIDAD & TOHGO | MORRIS PETERSON<br>2111 WESTLAKE SHORE BLVD<br>TOWNHOME 6<br>TORONTO ON M8V4B2<br>CANADA |
| KALIKO SILVA<br>C/O MAUGHN LAW GROUP<br>1101 PERRYWINKLE WAY<br>STE 103<br>Sanibel, FL 33957 | LEE COUNTY TAX COLLECTOR<br>POB 630<br>Fort Myers, FL 33902 | NAILL AND ANN HOWARD<br>62 BARNTON PARK VIEW<br>EDINBURGH SH4 611J<br>UNITED KINGDOM |
| KARJARDI GUNAWAN<br>WENY WIHARDJO<br>1/51<br>KAKARTA<br>INDONESIA | LESLIE AND JANE INGRAHAM<br>72 STATE ROAD 88<br>Newark, NY 14513 | NAT & LINDA TONELLI<br>55 MCARTHUR DRIVE<br>Millville, NJ 08332-9626 |
| KARL & JOAN MURRAY<br>12 HURST AVE.<br>CHINSFORD LONDON E48DW<br>UNITED KINGDOM | LORRNA TAGLIAVINI<br>PAUL WILLIAMS<br>200 HAINAULT RD.<br>LONDON E11 1EP<br>UNITED KINGDOM | NIGEL AND LISA DUNNINGTO<br>JEPPS BARN JEPPS LANE<br>LANCANSHIRE PR 3 5AR<br>UNITED KINGDOM |
| KEITH LEVAN<br>WLW ESTATES LLC<br>49 MCCOLLUM DR.<br>Clark, NJ 07066 | MARCELO MIRANDA<br>MARCUS SALVADORE<br>762 SW 18TH AVE.<br>Miami, FL 33135 | Ocwen Loan Servicing, LL<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 3340 |
| KENNETH CAVALLARI<br>1541 HIDDEN CV<br>Virginia Beach, VA 23454 | MARK AND KATHLEEN FORTENOT<br>516 DEER PARK TRAIL<br>Lafayette, LA 70508 | OMAR AFZAL<br>3635 S. MCINTOSH CT.<br>New Berlin, WI 53151 |
| KHALID SODHA<br>2869 W. WALNUT HILL LANE<br>#2111<br>Irving, TX 75014 | MARK AND KATHLEEN FORTENOT<br>C/O ROBERT C. CHILTON,ESQ<br>POB 9498<br>Winter Haven, FL 33883-9498 | OMAR BROWN<br>11421 CYPRESS BAY ST.<br>Clermont, FL 34711 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201 | Medical Center Radiology<br>POB 919010<br>Orlando, FL 32891-9010 | ONEC VACATION HOMES LLC<br>21200 NE 38TH AVE.<br>APT. 1002<br>Miami, FL 33180 |

| | | |
|---|---|---|
| PAUL & TINA LA POINTE<br>4807 ELLARD WAY<br>REGINA SK S4X4T2<br>CANADA | PAUL MANAGEMENT<br>C/O JOHM SAMAAN, PA<br>337 N.FERN CREEK AVE.<br>Orlando, FL 32804 | REUNION WEST HILLS HOA<br>C/O JAMES MCSWEENEY<br>2620 STAR LAKE VIEW<br>Kissimmee, FL 34747 |
| PAUL ANTHONY WILLIAMS<br>200 HAINAULT<br>LONDON E11 1EP<br>UNITED KINGDOM | Quest Diagnostics<br>POB 740698<br>Cincinnati, OH 45274-0698 | RONALD AND DEBBIE LECLER<br>221 NEW LONDON TPKE<br>Wyoming, RI 02898 |
| PAUL BARON<br>39 HENRY CORSON PLACE<br>MARKHAMON L3P 3E8<br>CANADA | Real Time Resolutions<br>Attn: Bankruptcy<br>Po Box 36655<br>Dallas, TX 75235 | RUI EDUARDO WIRTH SCHURM<br>RUA BALEI JUBARTE<br>242 S1 O6<br>88215-000 BOMBINAHAS SC<br>BARSIL |
| PENNY MAGNUSON<br>14008 HEATHER STREET NW<br>Andover, MN 55304 | RENAN & JEANETTE RULECIO<br>10 CLAREMONT LANE<br>Trabuco Canyon, CA 92679 | RYAN AND RAE ANN BARRY<br>191 VAN HOULAN AVE<br>Wyckoff, NJ 07481 |
| PETER AND NANCY KUK<br>58 BONNERSFIELD CLOSE<br>HARROW MIDDLESEX HA13LQ<br>ENGLAND | RICHARD NEWBERY<br>TREASURE ISLAND LLP SWANSTON<br>108 SWANSTON RD<br>EDINBURGH SCOTLAND EH107<br>SCOTLAND | SCOT SALTSTONE<br>24 PEBBLE BEACH DRIVE<br>CALLENDAR ON, P0H 1H0<br>CANADA |
| PETER AND SHARON KRAUSE<br>11690 PACIOCCO CT.<br>Plymouth, MI 48170 | RICK AND AN MARIE PISANO<br>6 TANNER CT.<br>Princeton Junction, NJ 08550 | SCOTT & SUE BERGSTON<br>933 WEATHERMORE TRCE<br>Hoschton, GA 30548-3486 |
| PETER THOMAS & WENDY LEE<br>15150 MEMORIAL DRIVE<br>Houston, TX 77079-4320 | RIO VERDE INVESTMENTS LLC<br>C/O BARRY J. WALKER, JR. ESQ<br>225 SOUTH WESTMONTE DR.<br>STE. 2040<br>Altamonte Springs, FL 32714 | SCOTT HEDRICK<br>5616 GRANNY WHITE PIKE<br>Brentwood, TN 37027-4133 |
| PNC BANK<br>ATTN : BANKRUPTCY DEPT.<br>POB 94982 MAILSTOP<br>BRYB58015<br>Cleveland, OH 44101 | RIO VERDE INVESTMENTS LLC<br>LIABILITY COMPANY<br>7901 KINGSPOINTE PARKWAY #10<br>Orlando, FL 32819 | SENEPAPA PATHIRAJA<br>177 BIRCHLAWN RD.<br>BOLTON ON L7E 3W3<br>CANADA |
| PONTO ORLANDO VACATION HOMES<br>21200 NE 38TH AVE<br>APT. 1002<br>Miami, FL 33180 | ROB AND AMY FARRELL<br>RPB LLC<br>Bardstown, KY 40004 | SHANE AND NAOMI LEWIS<br>15A COAL POINT RD. NSW<br>NEW SOUTH WALES 2283<br>AUSTRAILIA |
| PORTFOLIO RECOVERY<br>POB 41021<br>Norfolk, VA 23541 | ROBERT AND ROSITA BOROWSKI<br>1524 SE 9TH STREET<br>Deerfield Beach, FL 33441 | SHERIFF INVESTMNT GRP<br>5616 GRANNY WHITE PIKE<br>Nashville, TN 37207-4133 |

| | | |
|---|---|---|
| SONIA AND BENJIE INDRE LEE<br>333 BAY STREET STE 4600<br>TORONTO ONTARIO M5H2S5<br>CANADA | SVS IRC<br>RUE BEAURGARD 132<br>CHARMEUX 4654<br>BELGIUM | WEST 13TH PLATINUM 1 VACAT<br>6101 FAIRLONG RUN<br>Acworth, GA 30101 |
| SQUARE<br>DEPT. 691<br>POB 4115<br>Concord, CA 94524 | TIEN HAY OEI<br>C/O SOTO LAW<br>415 MONTGOMERY RD.<br>Altamonte Springs, FL 32714 | WELLS FARGO VENDOR FINAN<br>POB 105710<br>Atlanta, GA 30348 |
| STATE OF FL COMM OF ETHICS<br>PO DRAWER<br>15709<br>Tallahassee, FL 32303 | TODD FREITAG<br>FREITAG RENTALS<br>2011 LOVETT AVE.<br>Bismarck, ND 58504 | WESTFIELD INSURANCE<br>BROWN & BROWN<br>7009 DR. PHILLIPS BLVD.<br>STE. 280<br>Orlando, FL 32819 |
| STEVE AND CATHERINE TJIA<br>4618 91ST ST.<br>Lubbock, TX 79424 | TOM AND DEBBIE BATTISTELLA<br>14229 LILBOURN AVE.<br>Midlothian, IL 60445 | |
| STILWELL INVESTMENTS INC<br>SANDY<br>POB 848<br>Captiva, FL 33924 | TOM MICHAELES<br>25 ORLO COURT<br>KLEINBURG, ON LOJICO<br>CANADA | |
| Suntrust<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23286 | TRACIE MARRINER<br>POULACE PROPERTIES LTD<br>TRIP<br>OVER LODGE HALL LANE<br>RUTLAND PE9 3QJ<br>ENGLAND | |
| SUNTRUST BANK<br>C/O MARCADIS SINGER PA<br>5104 SOUTH WESTSHORE BLVD.<br>Tampa, FL 33611 | TRACY STEIN<br>PRETISGUE MANAGEMENT LLC<br>3208 E. COLONIAL DR #203<br>Orlando, FL 32803 | |
| SUSAN AND JEFFREY ROBERTS<br>16 T. EAGLE<br>Penfield, NY 14526 | US BANK<br>C/O ALBERTELLI LAW<br>POB 23028<br>Tampa, FL 33623 | |
| TERRY DENNY<br>SEVEN RIVERS PROP LLC<br>W. 2703 LAKE RD.<br>West Salem, WI 54669 | WALTER WINSHALL<br>2003 FAMILY IRREVOCABLE TRUS<br>C/O ARNIE WINSHALL<br>3 FERNDALE RD.<br>Weston, MA 02493 | |
| THERESE GROSSI<br>PAUL SKULT<br>17211 WILOW RIDGE CT.<br>Northville, MI 48168 | Waypoint Resource Group<br>Attn: Bankruptcy<br>301 Sundance Pwy<br>Round Rock, TX 78681 | |