UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

STEVE TROVER and                         Case No. : 6:20-bk-01028-KJ
HOLLY TROVER.                           Chapter 7
    Debtors.
_____/

### EX-PARTE MOTION TO EXTEND TIME FOR FILING REQUIRED DOCUMENTS (SUMMARY OF SCHEDULES, SCHEDULES A-J, STATEMENT OF FINANCIAL AFFAIRS, DECLARATION CONCERNING DEBTORS SCHEDULES, STATEMENTOF CURRENT MONTHLY INCOME & MEANS TEST CALCULATION

COME NOW, the Debtors, and moves this Honorable Court to enlarge the time for Debtors to file Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Declaration Concerning Debtors Schedules, Statement of Current Monthly Income and Means Test Calculations (hereafter "Required Documents") pursuant to Local Rule 1007 (c) and would show:

1. On February 21, 2020, the Debtors filed this Petition under Chapter 7.
2. Debtor needs an additional ten (10) business days to file all of the required documents or until March 17, 2020.

WHEREFORE, the Debtors pray that this will enlarge the time for filing the Required Documents an additional ten (10) business days to be filed by March 17, 2020.

                                                          Respectfully submitted by;

                                                          /s/Wade Boyette
                                                          Wade Boyette, Esquire
                                                          Boyette, Cummins & Nailos, PLLC
                                                          1635 E Hwy 50, Ste 300
                                                          Clermont, FL 34711
                                                          Telephone: 352/394-2103

            Facsimile: 352/394-2105
            Fla. Bar #0977111
            wboyette@bcnlawfirm.com
            ccrowe@bcnlawfirm.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served to Arvind Mahendru, Chapter 7 Trustee, via electronic transmission on the 3rd day of March 2020.

            Respectfully submitted by;

            /s/Wade Boyette
            Wade Boyette, Esquire
            Boyette, Cummins & Nailos, PLLC
            1635 E Hwy 50, Ste 300
            Clermont, FL 34711
            Telephone: 352/394-2103
            Facsimile: 352/394-2105
            Fla. Bar #0977111
            wboyette@bcnlawfirm.com
            ccrowe@bcnlawfirm.com