UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
STEVE TROVER and
HOLLY TROVER                                    Case No.: 6:20-BK-01028-KJ
                                                Chapter 7

## PROOF OF SERVICE

**I HEREBY CERTIFY** that on MARCH 4, 2020 a true and correct copy of the Order Granting Motion to Extend Time to File Schedules and Statements **(Docket No.: 10) has been mailed by United States Postal Service and /or by ECM service to Chapter 7 Trustee Arvind Mahendru.**

Respectfully Submitted by;

　　/s/ Wade Boyette
Wade Boyette, Esquire
Boyette, Cummins & Nailos, PLLC
1635 E Hwy 50, Ste 300
Clermont, FL 34711
Telephone: 352/394-2103
Facsimile: 352/394-2105
Fla. Bar #0977111
WBoyette@BCNLawfirm.com
CCrowe@BCNLawfirm.com