UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

STEVE TROVER and                                                   Case No. : 6:20-bk-01028-KJ
HOLLY TROVER.                                                     Chapter 7
    Debtors.
_____/


MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE FOR FAILURE TO CURE NOTICE OF DEFICIENCY (DOC. NO. 12)

COME NOW, the Debtors, by and through the undersigned attorney, and moves this Honorable Court for Reconsideration of the Order Dismissing case for Failure to Cure Deficiency and would show:

1. On February 21, 2020, the Debtors filed this Emergency Petition under Chapter 7.

2. Debtor was unable to provide information to complete the schedules and on February 24, 2020 (Doc. No. 5) a Notice of Deficient Filing was filed by the Court.

3. On March 3, 2020, Debtor filed a Motion to Extend Time to File Schedules and Statements (Doc. No. 8) and this Court entered an Order Granting the Motion to Extend Time to File Schedules and Statements giving the Debtors until March 17, 2020 (Doc. No. 10) to complete the filing.

4. The Debtor Husband would state that due to his job in the vacation hospitality industry requiring him to travel out of town addressing issues directly related to the CORVID19 issue he was unable to provide the necessary information to the Attorney to prepare the incomplete schedules, statements, summary and declaration needed to complete their Chapter 7 filing.

5. The Debtors state that they are diligently working to provide all of the necessary information to their Attorney so that the schedules, statements and disclosures to cure the deficient filing can be prepared and filed.

WHEREFORE, the Debtors pray that this court would grant this Motion for Reconsideration of Order Dismissing Case for Failure to Cure Notice of Deficient Filing (Doc. No. 12) and allow the case to proceed and for such other relief that the Court deems just and appropriate

Respectfully submitted this 20TH of March 2020.

/s/Wade Boyette
Wade Boyette, Esquire
Boyette, Cummins & Nailos, PLLC
1635 E Hwy 50, Ste 300
Clermont, FL 34711
Telephone: 352/394-2103
Facsimile: 352/394-2105
Fla. Bar #0977111
wboyette@bcnlawfirm.com
ccrowe@bcnlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2020 a true and correct copy of the foregoing Motion was served to Arvind Mahendru, Chapter 7 Trustee, via electronic transmission and to all parties listed on the matrix dated March 18, 2020.

Respectfully submitted by;

/s/Wade Boyette
Wade Boyette, Esquire
Boyette, Cummins & Nailos, PLLC
1635 E Hwy 50, Ste 300
Clermont, FL 34711
Telephone: 352/394-2103
Facsimile: 352/394-2105
Fla. Bar #0977111
wboyette@bcnlawfirm.com
ccrowe@bcnlawfirm.com