# United States Bankruptcy Court
## Middle District of Florida

In re **Steve Trover / Holly Trover**  Debtor(s)

Case No. **6:20-bk-01028**
Chapter **7**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **March 23, 2020**, a copy of **the Motion for Reconsideration of Order Dismissing Case for Failure to Cure Notice of Deficiency( Doc. 13)** was served electronically or by regular United States mail to the Trustee and all creditors listed on Attached Matrix dated March 23, 2020.

**/s/ Wade Boyette**
**Wade Boyette 0977111**
**Boyette Law Offices, PA**
**1635 E. Highway 50, Suite 300**
**Clermont, FL 34711-5036**
**352-394-2103 Fax:352-394-2105**
**ccrowe@bcnlawfirm.com**