| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-01028-KJ<br>Middle District of Florida<br>Orlando<br>Mon Mar 23 10:18:39 EDT 2020 | Karen Jennemann<br>Orlando<br>, FL | Holly Trover<br>1106 Celebration Ave.<br>Kissimmee, FL 34747-4809 |
| Steve Trover<br>1106 Celebration Ave.<br>Kissimmee, FL 34747-4809 | ALDO &CYRSTAL ADAMO<br>2016 MARISA CT<br>BOX 328<br>BRIGHTS GROVE ON NON 1C0<br>CANADA | ALEX AND CAMILLE EDWARDS<br>2270 GLAZEBROOK CIR.<br>OAKVILLE ONTARIO L6M 5B5<br>CANADA |
| ALEX AND jULIANA mALLMAN<br>CIGERZA BF TOWER C<br>LEI SHING PLACE 8<br>BEIJING 100102<br>CHINA | AMANDA ALVES DE LIMA<br>BAPTISTA DOS SANTOS<br>322 W. 57TH ST.<br>APT. 46 V<br>New York, NY 10019-8800 | AMY KARTCH<br>FERNANDO GARCIA<br>732 DUXBURY LANE<br>Bartlett, IL 60103-4560 |
| ANTONIO SILVA<br>21200 NE 38TH AVE.<br>APT. 1002<br>Miami, FL 33180-3756 | ANUDEEP SIRI DE LANG PARHAR<br>3602 WOODLAND CTR.<br>Saint Paul, MN 55123-2473 | AUGUSTO FONESECO NETO<br>322 W. 57TH ST. APT. 46V<br>New York, NY 10019-8800 |
| Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438-0901 | American Credit Acceptance<br>Attn: Bankruptcy<br>961 E Main St<br>Spartanburg, SC 29302-2185 | BARRY CORBETT<br>2044 DHAHRAN AVE. POB 7700<br>11 PLUS MAIL CENTER UDHAILLI<br>SAUDI ARAMCO 31331<br>SAUDI ARABIA |
| BASSNETT HOLDINGS LLC<br>121 MORRIS BRANCH<br>Cary, NC 27519-7103 | BETH GRAFF<br>7805 BASNETT CIRCLE<br>Kissimmee, FL 34747 | BRIDGE COMMERCIAL REAL ESTAT<br>FIVE CONCOURSE PRKWY<br>STE. 500<br>Atlanta, GA 30328-6101 |
| CARLOS FELCE<br>FIVE STAR BEARS<br>350 PARK AVE. 29TH FLOOR<br>New York, NY 10022-6040 | CARLOS SILVA<br>21200 NE 38TH AVE.<br>APT. 804<br>Miami, FL 33180-3754 | CELEBRATION CENTER VIRT MAIL<br>1420 CELEBRATION BLVD.<br>STE.200<br>Kissimmee, FL 34747-5162 |
| CHRIS AND FRANK VADINO<br>1001 LOWER LANDING RD<br>STE. 203<br>Blackwood, NJ 08012-3121 | CHRISTOPHER SULZBACH<br>FOUR STAR<br>POB 8098<br>Blackwood, NJ 08012-8098 | CLASSE ORL VACATION HOME<br>21200 NE 38TH AVE.<br>APT. 1002<br>AVENTURA, FL 33180-3756 |
| CNA RECOVERY SERVICES<br>C/O CISCO INC<br>POB 801088<br>Houston, TX 77280-1088 | COLIN AND ALLISON BURNS<br>C/O MARLEY HUNTER & WINSTON<br>6936 W. LINDBURG AVE.<br>STE. 101<br>Tampa, FL 33625 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Pob 182125<br>Columbus, OH 43218-2125 | Comenity Bkl/Ulta<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |

Comenitycapital/lucky
Po Box 182120
Columbus, OH 43218-2120

DAN AND ESTELLE ADAMS
POB 291
Bomoseen, VT 05732-0291

DAN WASHBURN
17138 PICKETTS LN RD.
Orlando, FL 32820

DANIEL AND TERRY MILLER
1895 HILL ST.
Chittenango, NY 13037-9538

DANNY SINGER
4362 WINDRIDGE CT.
West Bloomfield, MI 48323-3158

DAVID AND LESLIE GRIMM
8148 GRAFTON END
Dublin, OH 43016-9495

DAVID HARKINS
31400 WINTER PLACE PARKEY
STE. 400
Salisbury, MD 21804-2014

DAVINCI ESTATE PROPERTIES LL
C/O MARCADIS & SINGER PA
5104 S. WESTSHORE BLVD
Tampa, FL 33611-5650

DIANE RUTLAND
PENROSE HOUSE
PATMORE HEATH
ALBURY WARE SG11 2LT
UNITED KINGDOM

DISCOVER FINANCIAAL
POB 3025
New Albany, OH 43054-3025

DONALD AND SHEILA PRESTON
5535 OLD GOODRICH RD.
Clarence, NY 14031-1223

DR. HARRY SAHL
1740 ELIZAA WAY
Mechanicsburg, PA 17050-1683

EDWARD AND SANDRA FROWLEY
10 SMITH MANOR BLVD.
APT.814
West Orange, NJ 07052-4237

EDWARD MILLER EDWARDS
517 IVY PLACE
Atlanta, GA 30342-4275

ER Phys of Central FL
POB 628296
Orlando, FL 32862-8296

FAN ZHANG
7961 MILLBROOK AVE.
Point Arena, CA 95468

(c)FIVE STAR BEARS LLC
C/O STEPHEN B. GEBELOFF, ESQ
1001 W YAMATO RD STE 311
BOCA RATON FL  33431-4403

FORD MOTOR CREDIT
C/O SOLOMON GINSBERG & VIGH
POB 3275
Tampa, FL 33601-3275

FORMOSA DEVELOPERS INC
FORMOSA DREAM RETREAT
C/O JAMES E. SHEPARD ESQ
2200 LUCIEN WAY STE 405
Maitland, FL 32751-7048

FOUR STAR INVESTMENT PROP
POB 8098
Blackwood, NJ 08012-8098

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Hospital
POB 538800
Orlando, FL 32853-8800

GARY & LESLIE PORTER
38 LORD AVE
CLAYHALL IIFORD
LONDON ENGLAND
UNITED KINGDOM

GEORGE A. KARAS
427 RANALEIGH DRIVE
Waxhaw, NC 28173

GEORGE CHEN
FORMOSA DEVELOPERS
7830 W. IRLO BRONSON HWY
Kissimmee, FL 34747-1735

GEORGE ROSSI
6 BRIDLE LANE
Mount Laurel, NJ 08054-3052

GHALI LIVING TRUST
MAGOD GHALI
5 BENOIT
KIRKLAND QUEBEC, H9H5H8
CANADA

GLEN AND BELINDA MILLER
71 NEPEAN HWY
ASPEN DALE VICTORIA 3195
CANADA

GRANT IRWIN
POB 759
Captiva, FL 33924-0759

GREG HEBERT
105 OAK BLUFF
BRANDON MANITOBA
R7C1A3
CANADA

| | | |
|---|---|---|
| GREGG A. KARAS, TRUSTEE OF<br>THE KARAS REALTY 401K PSP<br>C/O MICHELLE L.RIVERA ESQ<br>2273 LEE RD. STE 200<br>Winter Park, FL 32789-7214 | GREGORY & JENNINE RHEAUME<br>110-1510 ELDRIDGE PARKWAY<br>Houston, TX 77077 | H.WARREN JOHNSON<br>JING S. XU<br>11423 PINE KNOLL DRIVE<br>Houston, TX 77099-2609 |
| HARDING BELL INTERNATIONAL<br>113 PONTOTOC PLAZA<br>Auburndale, FL 33823-3439 | HUSAIN AND NAFESSA YOUSUF<br>11 POLLARD RD.<br>MORDEN LONDON SM4 6EG<br>UNITED KINGDOM | IDA SINAZZOLA<br>17335 CARLYLE CT.<br>Tinley Park, IL 60487-5826 |
| ISLES OF LAKE HANCOCK HOA<br>C/O ASSOC. SOLLUTIONS<br>811 MABBETTE ST.<br>Kissimmee, FL 34741-5155 | ISSA<br>C/O PEARSON BITTMAN LLP<br>485 N. KELLER RD. STE. 401<br>Maitland, FL 32751-7575 | ISSA HOLDINGS LLC<br>950 CELEBRATION BLVD.<br>Kissimmee, FL 34747-4452 |
| ISSA HOMES<br>950  CELEBRATION BLVD<br>STE. F<br>Kissimmee, FL 34747-4452 | IVAN INTERNATIONAL LLC<br>MARCELO<br>762 SW 18TH AVE.<br>Miami, FL 33135-3495 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| JAMES AND DAVERENE WATKINS<br>6101 FAIRLONG RUN<br>Acworth, GA 30101-8415 | JAMES F. KILPATRICK<br>54 JOSEPH DUGGAN RD.<br>TORONTO ONTARIO M4L3Y2<br>CANADA | JAMES MCCOMBS<br>6201 W. 129TH ST.<br>Palos Heights, IL 60463-2331 |
| JAMIE AND COLLETTE SAITCH<br>23 GREAT WHEATLEY RD.<br>RAYLEIDH ESSEX SS6 7AW<br>UNITED KINGDOM | JASON AND RYAN COLE<br>2396 W. STATE ROAD 245 W.<br>West Liberty, OH 43357-9643 | JAYA AND KALYANNAL SINGHAL<br>11317 RIDERMARK ROW<br>Columbia, MD 21044-5704 |
| JERRY AND SHIRLEY HEAVLIN<br>1140 S.W. HUNTINGTON<br>Blue Springs, MO 64015-8902 | JIM DOWLING<br>C/O ASMA & ASMA<br>884 S. DILLARD.STREET<br>Winter Garden, FL 34787-3910 | JOANNE HENDRICK<br>JAMES TAKACS<br>561 CANDORO   RD.<br>FENWICK ON LOS 1CO<br>CANADA |
| JOE ROTHFUS<br>660 CELEBRATION AVE.<br>APT. 260<br>Kissimmee, FL 34747-4928 | (c)JOEL SCWHARTZ<br>C/O STEPHEN B. GEBELOFF, ESQ<br>1001 W YAMATO RD STE 311<br>BOCA RATON FL   33431-4403 | JOHN & GWEN NITISUSANTA<br>10048 BRANDON CIRCLE<br>Orlando, FL 32836-3714 |
| JOHN AND ELAINE SOENCER<br>1904 130A STREET<br>SURREY BC V4A 8R7<br>CANADA | JOHN AND HEATHER LONG<br>5312 PAWNEE LANE<br>Mission, KS 66205-2735 | JOHN ROACH<br>139 MICHIGAN CIRCLE<br>BOCA RATON, FL 33487-1576 |
| JOHN SILVA & TIFFANI KALIKO<br>137 MEVARAIS DRIVE<br>Charlotte, NC 28211 | JONATHAN AND SAMANTHA WALKER<br>HIGHFIELD<br>MIDDLE WARBERRY RD.<br>TORQUAY YQ1 1RS<br>UNITED KINGDOM | KALIKO SILVA<br>C/O MAUGHN LAW GROUP<br>1101 PERRYWINKLE WAY<br>STE 103<br>Sanibel, FL 33957-4708 |

| | | |
|---|---|---|
| KARJARDI GUNAWAN<br>WENY WIHARDJO<br>1/51<br>KAKARTA<br>INDONESIA | KARL & JOAN MURRAY<br>12 HURST AVE.<br>CHINSFORD LONDON E48DW<br>UNITED KINGDOM | KEITH LEVAN<br>WLW ESTATES LLC<br>49 MCCOLLUM DR.<br>Clark, NJ 07066-2217 |
| KENNETH CAVALLARI<br>1541 HIDDEN CV<br>Virginia Beach, VA 23454-1417 | KHALID SODHA<br>2869 W. WALNUT HILL LANE<br>#2111<br>Irving, TX 75038-7387 | KURT CHRISTIANSON<br>513 TEAL DR.<br>Chatham, IL 62629-9792 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LAWRENCE HAWKINS<br>88 THE VILLAS<br>TRINCITY<br>TRINIDAD & TOHGO | LEE COUNTY TAX COLLECTOR<br>POB 630<br>Fort Myers, FL 33902-0630 |
| LESLIE AND JANE INGRAHAM<br>72 STATE ROAD 88<br>Newark, NY 14513-9180 | LORRNA TAGLIAVINI<br>PAUL WILLIAMS<br>200 HAINAULT RD.<br>LONDON E11 1EP<br>UNITED KINGDOM | Labcorp<br>POB 2240<br>Burlington, NC 27216-2240 |
| MARCELO MIRANDA<br>MARCUS SALVADORE<br>762 SW 18TH AVE.<br>Miami, FL 33135-3495 | MARK AND KATHLEEN FORTENOT<br>516 DEER PARK TRAIL<br>Lafayette, LA 70508-7859 | MARK AND KATHLEEN FORTENOT<br>C/O ROBERT C. CHILTON,ESQ<br>POB 9498<br>Winter Haven, FL 33883-9498 |
| MELVIN AND STEPHANIE HAND<br>2 STATION RD.<br>MOORTOWN LINCOLNSHIRE LN76HZ<br>UNITED KINGDOM | MOANA SCHIAVO<br>RIO VERDE INCESTMENTS<br>7901 KINGSPOINTE PKWY<br>STE. 10<br>Orlando, FL 32819-6523 | MORRIS PETERSON<br>2111 WESTLAKE SHORE BLVD<br>TOWNHOME 6<br>TORONTO ON M8V4B2<br>CANADA |
| Medical Center Radiology<br>POB 919010<br>Orlando, FL 32891-9010 | NAILL AND ANN HOWARD<br>62 BARNTON PARK VIEW<br>EDINBURGH SH4 611J<br>UNITED KINGDOM | NAT & LINDA TONELLI<br>55 MCARTHUR DRIVE<br>Millville, NJ 08332-9626 |
| NIGEL AND LISA DUNNINGTON<br>JEPPS BARN JEPPS LANE<br>LANCANSHIRE PR 3 5AR<br>UNITED KINGDOM | OMAR AFZAL<br>3635 S. MCINTOSH CT.<br>New Berlin, WI 53151-5229 | OMAR BROWN<br>11421 CYPRESS BAY ST.<br>Clermont, FL 34711-7368 |
| ONEC VACATION HOMES LLC<br>21200 NE 38TH AVE.<br>APT. 1002<br>Miami, FL 33180-3756 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409-6493 | Osceola County Tax Collector<br>Post Office Box 422105<br>Kissimmee FL 34742-2105 |
| PAUL & TINA LA POLICE<br>4807 ELLARD WAY<br>REGINA SK S4X4T2<br>CANADA | PAUL ANTHONY WILLIAMS<br>200 HAINAULT<br>LONDON E11 1EP<br>UNITED KINGDOM | PAUL BARON<br>39 HENRY CORSON PLACE<br>MARKHAMON L3P 3E8<br>CANADA |

```
PENNY MAGNUSON                      PETER AND NANCY KUK                 PETER AND SHARON KRAUSE
14008 HEATHER STREET NW             58 BONNERSFIELD CLOSE               11690 PACIOCCO CT.
Andover, MN 55304-7547              HARROW MIDDLESEX HA13LQ             Plymouth, MI 48170-2870
                                    ENGLAND


PETER THOMAS & WENDY LEE            PNC BANK                            PONTO ORLANDO VACATION HOMES
15150 MEMORIAL DRIVE                ATTN : BANKRUPTCY DEPT.             21200 NE 38TH AVE
Houston, TX 77079-4304              POB 94982 MAILSTOP                  APT. 1002
                                    BRYB58015                           Miami, FL 33180-3756
                                    Cleveland, OH 44101-4982


PORTFOLIO RECOVERY                  PRESTIGE MANAGEMENT GROUP           Quest Diagnostics
POB 41021                           C/O JOHM SAMAAN, PA                 POB 740698
Norfolk, VA 23541-1021              337 N.FERN CREEK AVE.               Cincinnati, OH 45274-0698
                                    Orlando, FL 32803-5439


RENAN & JEANETTE RULECIO            RICHARD NEWBERY                     RICK AND AN  MARIE PISANO
10 CLAREMONT LANE                   TREASURE ISLAND LLP SWANSTON        6 TANNER CT.
Trabuco Canyon, CA 92679-4935       108 SWANSTON RD                     Princeton Junction, NJ 08550-3306
                                    EDINBURGH SCOTLAND EH107
                                    SCOTLAND


RIO VERDE INVESTMENTS LLC           RIO VERDE INVESTMENTS LLC           ROB AND AMY FARRELL
C/O BARRY J. WALKER, JR. ESQ        LIABILITY COMPANY                   RPB LLC
225 SOUTH WESTMONTE DR.             7901 KINGSPOINTE PARKWAY #10        Bardstown, KY 40004
STE. 2040                           Orlando, FL 32819-6523
Altamonte Springs, FL 32714-4218


ROBERT AND ROSITA BOROWSKI          ROLLING HILLS HOA                   RONALD AND DEBBIE LECLERQ
1524 SE 9TH STREET                  C/O JAMES MCSWEENEY                 221 NEW LONDON TPKE
Deerfield Beach, FL 33441-5834      2620 STAR LAKE VIEW                 Wyoming, RI 02898-1019
                                    Kissimmee, FL 34747-2509


RYAN AND RAE ANN BARRY              Real Time Resolutions               SCOT SALTSTONE
191 VAN HOULAN AVE                  Attn: Bankruptcy                    24 PEBBLE BEACH DRIVE
Wyckoff, NJ 07481-2421              Po Box 36655                        CALLENDAR ON, P0H 1H0
                                    Dallas, TX 75235-1655               CANADA


SCOTT & SUE BERGSTON                SCOTT HEDRICK                       SENEPAPA PATHIRAJA
933 WEATHERMORE TRCE                5616 GRANNY WHITE PIKE              177 BIRCHLAWN RD.
Hoschton, GA 30548-3486             Brentwood, TN 37027-4133            BOLTON ON L7E 3W3
                                                                        CANADA


SHANE AND NAOMI LEWIS               SHERIFF INVESTMNT GRP               SONIA AND BENJIE THOAS
15A COAL POINT RD. NSW              5616 GRANNY WHITE PIKE              INDRE LEE
NEW SOUTH WALES 2283                Nashville, TN 37207-4133            333 BAY STREET STE 4600
AUSTRAILIA                                                              TORONTO ONTARIO M5H2S5
                                                                        CANADA


SQUARE                              STATE OF FL COMM OF ETHICS          STEVE AND CATHERINE TJIA
DEPT. 691                           PO DRAWER                           4618 91ST ST.
POB 4115                            15709                               Lubbock, TX 79424-5036
Concord, CA 94524-4115              Tallahassee, FL 32303
```

| | | |
|---|---|---|
| STILWELL INVESTMENTS INC<br>SANDY<br>POB 848<br>Captiva, FL 33924-0848 | SUNTRUST BANK<br>C/O MARCADIS SINGER PA<br>5104 SOUTH WESTSHORE BLVD.<br>Tampa, FL 33611-5650 | SUSAN AND JEFFREY ROBERTS<br>16 T. EAGLE<br>Penfield, NY 14526 |
| Suntrust<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290 PO Box 85092<br>Richmond, VA 23285-5092 | TERRY DENNY<br>SEVEN RIVERS PROP LLC<br>W. 2703 LAKE RD.<br>West Salem, WI 54669-9042 | THERESE GROSSI<br>PAUL SKULT<br>17211 WILOW RIDGE CT.<br>Northville, MI 48168-8407 |
| THOMAS LECLERCQ<br>RUE BEAURGARD 132<br>CHARMEUX 4654<br>BELGIUM | TIEN HAY OEI<br>C/O SOTO LAW<br>415 MONTGOMERY RD.<br>Altamonte Springs, FL 32714-6823 | TODD FREITAG<br>FREITAG RENTALS<br>2011 LOVETT AVE.<br>Bismarck, ND 58504-6738 |
| TOM AND DEBBIE BATTISTELLA<br>14229 LILBOURN AVE.<br>Midlothian, IL 60445 | TOM MICHAELES<br>25 ORLO COURT<br>KLEINBURG, ON LOJICO<br>CANADA | TRACIE MARRINER<br>POULACE PROPERTIES LTD<br>TRIXOVER LODGE HALL LANE<br>RUTLAND PE9 3QJ<br>ENGLAND |
| TRACY STEIN<br>PRETISGUE MANAGEMENT LLC<br>3208 E. COLONIAL DR #203<br>Orlando, FL 32803-5127 | US BANK<br>C/O ALBERTELLI LAW<br>POB 23028<br>Tampa, FL 33623-2028 | WALTER WINSHALL<br>2003 FAMILY IRREVOCABLE TRUS<br>C/O ARNIE WINSHALL<br>3 FERNDALE RD.<br>Weston, MA 02493-2233 |
| WEBSTER PLATINUM 1 VACATION<br>6101 FAIRLONG RUN<br>Acworth, GA 30101-8415 | WELLS FARGO VENDOR FINANCE<br>POB 105710<br>Atlanta, GA 30348-5710 | WESTFIELD INSURANCE<br>BROWN & BROWN<br>7009 DR. PHILLIPS BLVD.<br>STE. 280<br>Orlando, FL 32819-5124 |
| Waypoint Resource Group<br>Attn: Bankruptcy<br>301 Sundance Pwy<br>Round Rock, TX 78681-8004 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | K Wade Boyette Jr.+<br>Boyette Law Offices, P.A.<br>1635 East Highway 50<br>Suite 300<br>Clermont, FL 34711-5036 |
| Arvind Mahendru +<br>5703 Red Bug Lake Road<br>Suite 284<br>Winter Springs, FL 32708-4969 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
FIVE STAR BEARS LLC                    JOEL SCWHARTZ
C/O STEPHEN B. GEBELOFF, ESQ           C/O STEPHEN B. GEBELOFF, ESQ
1001 YAMATO RD.                        1001 YAMATO RD.
STE 302                                STE. 302
Boca Raton, FL 33431                   Boca Raton, FL 33431
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Florida Dept. of Revenue     (u)IAN CASWELL                  (d)Internal Revenue Service
Bankruptcy Unit                 3 MONHAMS DR.                   Post Office Box 7346
POB 6668                        WOODFORD GREEN 680LG            Philadelphia PA 19101-7346
Tallahassee, FL 32314-6668      ESSEX


(u)JERRY BECK                   (u)JOSEPH & ANGELA NORRIS       (u)RUI EDUARDO WIRTH SCHURMANN
L&K PROPERTY OF FL              JUDD HOLMES JUDD HOLME LN       RUA BALEI JUBARTE
POB 30255 560 SOUTH SOUND RD    CHIPPLING PRESTON PR3 2TH       242 S1 06
GEORGE TOWN KY1-1202KY                                          88215-000 BOMBINAHAS SC
GRAND CAYMAN                                                    BARSIL
```

```
End of Label Matrix
Mailable recipients   172
Bypassed recipients     6
Total                 178
```