United States Bankruptcy Court
Middle District of Florida

In re:  
Steve Trover  
Holly Trover  
    Debtors

Case No. 20-01028-KJ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-6     User: rscanlon     Page 1 of 1     Date Rcvd: Mar 23, 2020  
                     Form ID: 6ocdmrc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.  
db/jdb         +Steve Trover,   Holly Trover,   1106 Celebration Ave.,   Kissimmee, FL 34747-4809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:  
        Arvind Mahendru    amtrustee@gmail.com, amahendru@ecf.axosfs.com;am01@trustesolutions.net  
        K Wade Boyette, Jr.    on behalf of Joint Debtor Holly Trover ccrowe@bcnlawfirm.com, wboyette@bcnlawfirm.com;kcostello@bcnlawfirm.com;drabrams620@gmail.com;r53138@notify.bestcase.com  
        K Wade Boyette, Jr.    on behalf of Debtor Steve Trover ccrowe@bcnlawfirm.com, wboyette@bcnlawfirm.com;kcostello@bcnlawfirm.com;drabrams620@gmail.com;r53138@notify.bestcase.com  
        United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov  
                                                                                              TOTAL: 4

[6ocdmrc] [ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

Dated: March 23, 2020

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:20−bk−01028−KJ
                                                                                        Chapter 7

Steve Trover

Holly Trover

_____Debtor*_____/

ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER DISMISSAL

   THIS CASE came on for consideration on the Debtor's Motion to Reconsider Dismissal (Document No. 12 ). After reviewing the record, the Court finds that the Motion is Conditionally Denied, as the clerk has noted deficiencies to the petition and/or schedules of this debtor(s) as indicated below.

Missing Summary of Assets, Schedules A−J, Statement of Financial Affairs, Statement of Intentions, Statement of Current Monthly Income, and Disclosure of Attorney Compensation

   Accordingly, it is

     ORDERED:

     1. If the debtor(s) do not file appropriate documents with the Court within 28 days of the entry of this order, Motion is denied without further notice of hearing.

     2. If the debtor(s) do file timely documents, the Court will review the pleadings and enter appropriate order.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.